HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
HEATHER PHILLIPS
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
RAYMOND Y. MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-PO-00137-DB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| vs. | |
| RAYMOND Y. MORALES, | Date: March 7, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Deborah Barnes |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT ARTUZ, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA ALLISON, attorney for defendant RAYMOND MORALES that the Court vacate the sentencing date of March 7, 2017, and set a new sentencing date on March 21, 2017 at 10:00 a.m.

The continuance is being requested to allow the defense additional time to receive discovery from the government, review mitigating evidence, have an opportunity to respond to the government's sentencing memorandum filed on March 3, 2017, and further prepare for sentencing.

/ / /

/ / /

Dated: March 6, 2016

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ LINDA C. ALLISON*
                                         LINDA C. ALLISON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         RAYMOND Y. MORALES

DATED: March 6, 2016                Phillip A. Talbert
                                         United States Attorney

                                         */s/ Robert Artuz*
                                         ROBERT ARTUZ
                                         Special Assistant U.S. Attorney
                                         Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that the March 7, 2017 sentencing hearing shall be continued to March 21, 2017 at 10:00 a.m.

Dated: March 7, 2017

                                         [signature]
                                         DEBORAH BARNES
                                         UNITED STATES MAGISTRATE JUDGE